UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:05-cr-041-RLH-LRL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |
| JEVON LEE MILES, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Jevon Lee Miles.

On May 7, 2012, this court held a hearing for revocation of supervised release as to defendant Jevon Miles ("Mr. Miles"). The Court agreed to modify Mr. Miles supervision to include his residence in the residential re-entry center for three months (90 days).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JEVON LEE MILES reside in a residential re-entry center/Half-way House for three months (90 days).

DATED: May 7, 2012.

_____
UNITED STATES DISTRICT JUDGE